<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1748**

MILLARD BURTON HARMAN,

        Plaintiff - Appellant,

    v.

DAVID A. BUNCH; KENNETH DRODDY,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:10-cv-00759-JRS-DWD)

Submitted: January 9, 2012      Decided: January 24, 2012

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Scott Gregory Crowley, Sr., CROWLEY & CROWLEY, Richmond, Virginia, for Appellant. William F. Etherington, Leslie A. Winneberger, BEALE, DAVIDSON, ETHERINGTON & MORRIS, P.C., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Millard Burton Harman appeals the district court's order granting summary judgment to Appellees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harman v. Bunch, No. 3:10-cv-00759-JRS-DWD (E.D. Va. June 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED